THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roy Lee Smith, Appellant.
 
 
 

Appeal From Florence County
 James E. Brogdon, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-237
Submitted May 1, 2007  Filed May 15, 2007    

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar Lewis Clements, of Florence, for Respondent.
 
 
 

PER CURIAM:  Roy Lee Smith appeals his guilty plea and sentence for second degree burglary and contributing to the delinquency of a minor.  Smith was sentenced to eight years imprisonment for burglary and three years for contributing to the delinquency of a minor to be served concurrently.  Smith argues he was unable to knowingly and intelligently waive his constitutional rights because the trial court failed to comply with Boykin v. Alabama, 395 U.S. 238 (1969).  Smith has not filed a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Smiths appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.